Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−13274−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aaron D. Harden Jr.
   aka Aaron Douglas Harden Jr.
   1678 North Ave
   Port Norris, NJ 08349

Social Security No.:
   xxx−xx−1483

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 14, 2024.

Dated: August 14, 2024
JAN: cm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Aaron D. Harden, Jr.  
    Debtor

Case No. 24-13274-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Aug 14, 2024      Form ID: plncf13      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aaron D. Harden, Jr., 1678 North Ave, Port Norris, NJ 08349-3325 |
| 520209437 | + | Commercial Township Tax Collector, 1768 Main Street, Port Norris, NJ 08349-3348 |
| 520232285 | | Schweiger Dermatology - PC, c/o Wakefield & Associates, LLC, PO Box 59013, Knoxville TN 37950-1272 |
| 520209450 | + | WF/Ashleys Furniture, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 15 2024 00:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 15 2024 00:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520211860 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2024 01:13:47 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520236906 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2024 01:12:52 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520209435 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2024 00:52:40 | Capital One, P.O Box 31293, Salt Lake City, UT 84131-0293 |
| 520244704 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 15 2024 01:11:15 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520209436 | + | Email/Text: bankruptcy@cavps.com | Aug 15 2024 00:56:00 | Cavalry Portfolio, 500 Summit Lake Dr., Valhalla, NY 10595-2321 |
| 520267736 | + | Email/Text: bankruptcy@cavps.com | Aug 15 2024 00:56:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520209438 | + | Email/Text: mrdiscen@discover.com | Aug 15 2024 00:54:00 | DISCOVER BANK, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520216472 | | Email/Text: mrdiscen@discover.com | Aug 15 2024 00:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520209439 | ^ | MEBN | Aug 15 2024 00:49:19 | Discover Personal Loans, PO Box 15316, Wilmington, DE 19850-5316 |
| 520225295 | + | Email/Text: dplbk@discover.com | Aug 15 2024 00:56:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520209442 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 15 2024 00:55:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 520209443 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 15 2024 01:24:42 | JPMCB, PO Box 15369, Wilmington, DE 19850 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2024 | Form ID: plncf13 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520267114 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 15 2024 00:51:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520209444 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 15 2024 01:11:06 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520289612 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 15 2024 01:12:17 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520209445 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2024 00:55:00 | Midland Credit Management, 320 East Big Beaver, Ste 300, Troy, MI 48083-1271 |
| 520209446 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 15 2024 01:13:47 | Midland Mortgage Company, Po Box 268959, Oklahoma City, OK 73126-8959 |
| 520209447 | ^ | MEBN | Aug 15 2024 00:46:10 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 520209448 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2024 00:53:45 | Portfolio Recovery, 140 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 520285768 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2024 01:13:38 | Portfolio Recovery Associates, LLC, c/o Citgo, POB 41067, Norfolk VA 23541 |
| 520284828 | | Email/Text: bnc-quantum@quantum3group.com | Aug 15 2024 00:55:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520209449 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 15 2024 00:54:00 | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 520270420 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 15 2024 00:53:49 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520250876 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 15 2024 00:52:43 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520209440 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520209441 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 16, 2024    Signature:    /s/Gustava Winters

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Aug 14, 2024 | Form ID: plncf13 | Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Seymour Wasserstrum | on behalf of Debtor Aaron D. Harden Jr. mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4