UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By:  Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorneys for Movant:  MidFirst Bank

In Re:

  Aaron D. Harden Jr.,  a/k/a Aaron Douglas
  Harden, Jr.
                          Debtor/Respondent

Case No.:        24-13274 JNP

Chapter:         13

Adv. No.:        _____

Hearing Date: 06/17/2025, 11:00 AM

Judge:        Jerrold N. Poslusny Jr.

## CERTIFICATION OF SERVICE

1.  I, Denise Carlon, Esq.,

    ☒ Represent the  Secured Creditor            in the above-captioned matter.

    ☐ am the secretary/paralegal for_____, who represents the Movant in the above captioned
    matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On May 20, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the
    chart below:

    - Notice of Motion for Relief of Automatic Stay
    - Certification of Support in Motion of Relief from Automatic Stay
    - Proposed Order
    - Certification of Service

3.  I certify under penalty of perjury that the above document were sent using the mode of service indicated.


Dated: May 20, 2025                    /S/Denise Carlon, Esq._____
                                       Signature: Denise Carlon, Esq.

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Aaron D. Harden Jr.,  a/k/a Aaron Douglas Harden, Jr. 1678 North Ave Port Norris, NJ 08349 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Wasserstrum, Seymour Law Offices of Seymour Wasserstrum 205 West Landis Avenue Vineland, NJ 08360 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>   (As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Finberg, Andrew B. Chapter 13 Standing Trustee Cherry Tree Corporate Center - 535 Route 38 - Suite 580 Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>   (As authorized by the Court or by rule.  Cite the rule if applicable.) |

*rev. 8/1/16*