| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| KML Law Group, P.C.<br>By:  Denise Carlon, Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>Attorneys for Movant:  MidFirst Bank | Case No.:  <u>24-13274 JNP</u><br><br>Chapter:  <u>13</u> |
| In Re:<br><br>   Aaron D. Harden Jr.,  a/k/a Aaron Douglas Harden, Jr.<br>              Debtor/Respondent | Adv. No.:  _____<br><br>Hearing Date: <u>06/17/2025, 11:00 AM</u><br><br>Judge:  <u>Jerrold N. Poslusny Jr.</u> |

## CERTIFICATION OF SERVICE

1. I,<u> Denise Carlon, Esq.,    </u>

   ☒  Represent the <u> Secured Creditor          </u> in the above-captioned matter.

   ☐  am the secretary/paralegal for<u>            </u>, who represents the <u>Movant</u> in the above captioned matter.

   ☐  am the <u>                  </u> in the above case and am representing myself.

2. On <u>June 11, 2025,</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Motion for Relief of Automatic Stay
   - Certification of Support in Motion of Relief from Automatic Stay
   - Proposed Order
   - Certification of Service

3. I certify under penalty of perjury that the above document were sent using the mode of service indicated.

Dated: June 11, 2025                     /S/Denise Carlon, Esq.
                                         Signature: Denise Carlon, Esq.

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Aaron D. Harden Jr., a/k/a Aaron Douglas Harden, Jr.<br>1678 North Ave<br>Port Norris, NJ 08349 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wasserstrum, Seymour<br>Law Offices of Seymour Wasserstrum<br>205 West Landis Avenue<br>Vineland, NJ 08360 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Finberg, Andrew B.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center - 535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev. 8/1/16*