## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
**Case Number: 24-13274 (JNP)**

Aaron D. Harden, Jr.
1678 North Ave
Port Norris, NJ  08349

Monthly Payment: $500.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2025 to 12/31/2025**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/24/2025 | $471.00 | 01/31/2025 | $471.00 | 03/04/2025 | $471.00 | 04/04/2025 | $471.00 |
| 05/02/2025 | $471.00 | 06/03/2025 | $471.00 | 08/01/2025 | $471.00 | 09/03/2025 | $471.00 |
| 10/02/2025 | $500.00 | 11/06/2025 | $500.00 | 12/04/2025 | $500.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | AARON D. HARDEN, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $3,788.00 | $3,788.00 | $0.00 | $2,683.80 |
| 1 | CAPITAL ONE, N.A. | 33 | $491.30 | $0.00 | $0.00 | $0.00 |
| 2 | CAVALRY SPV I, LLC | 33 | $1,676.23 | $0.00 | $0.00 | $0.00 |
| 3 | COMMERCIAL TOWNSHIP TAX COLLECTOR | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | DISCOVER BANK | 33 | $12,098.02 | $0.00 | $0.00 | $0.00 |
| 5 | DISCOVER PERSONAL LOANS | 33 | $6,904.89 | $0.00 | $0.00 | $0.00 |
| 6 | INTERNAL REVENUE SERVICE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | INTERNAL REVENUE SERVICE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | INTERNAL REVENUE SERVICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | JPMCB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | MERRICK BANK | 33 | $1,047.72 | $0.00 | $0.00 | $0.00 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MIDFIRST BANK | 24 | $21,519.03 | $3,088.00 | $18,431.03 | $0.00 |
| 13 | OFFICE OF ATTORNEY GENERAL | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,228.49 | $0.00 | $0.00 | $0.00 |
| 15 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | WELLS FARGO BANK, N.A. | 33 | $1,921.07 | $0.00 | $0.00 | $0.00 |
| 18 | AARON D. HARDEN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SCHWEIGER DERMATOLOGY, PC | 33 | $133.73 | $0.00 | $0.00 | $0.00 |
| 22 | ALLY FINANCIAL | 33 | $9,579.92 | $0.00 | $0.00 | $0.00 |
| 23 | VERIZON BY AMERICAN INFOSOURCE | 33 | $1,038.29 | $0.00 | $0.00 | $0.00 |
| 24 | QUANTUM3 GROUP, LLC | 33 | $3,306.01 | $0.00 | $0.00 | $0.00 |
| 25 | CAVALRY SPV I, LLC | 33 | $5,411.62 | $0.00 | $0.00 | $0.00 |
| 26 | MIDFIRST BANK | 13 | $549.00 | $549.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2024 | 14.00 | $0.00 |
| 06/01/2025 | Paid to Date | $6,279.00 |
| 07/01/2025 | 45.00 | $500.00 |
| 04/01/2029 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,297.00 |
| Total paid to creditors this period: | $2,683.80 |
| Undistributed Funds on Hand: | $450.00 |
| Arrearages: | $529.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**