Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−13274−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Aaron D. Harden Jr.
    aka Aaron Douglas Harden Jr.
    1678 North Ave
    Port Norris, NJ 08349

Social Security No.:
    xxx−xx−1483

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/12/26.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 12, 2026
JAN: kvr

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-13274-JNP |
| Aaron D. Harden, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 12, 2026 | Form ID: 148 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aaron D. Harden, Jr., 1678 North Ave, Port Norris, NJ 08349-3325 |
| 520209437 | + | Commercial Township Tax Collector, 1768 Main Street, Port Norris, NJ 08349-3348 |
| 520232285 | | Schweiger Dermatology - PC, c/o Wakefield & Associates, LLC, PO Box 59013, Knoxville TN 37950-1272 |
| 520209450 | + | WF/Ashleys Furniture, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 12 2026 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 12 2026 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520211860 | + | EDI: AISACG.COM | Jun 13 2026 00:55:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520236906 | + | EDI: AISACG.COM | Jun 13 2026 00:55:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520209435 | + | EDI: CAPITALONE.COM | Jun 13 2026 00:55:00 | Capital One, P.O Box 31293, Salt Lake City, UT 84131-0293 |
| 520244704 | + | EDI: AIS.COM | Jun 13 2026 00:55:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520209436 | + | Email/Text: bankruptcy@cavps.com | Jun 12 2026 21:14:00 | Cavalry Portfolio, 500 Summit Lake Dr., Valhalla, NY 10595-1340 |
| 520267736 | + | Email/Text: bankruptcy@cavps.com | Jun 12 2026 21:14:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520209438 | + | EDI: DISCOVER | Jun 13 2026 00:55:00 | DISCOVER BANK, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520216472 | | EDI: DISCOVER | Jun 13 2026 00:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520209439 | ^ | MEBN | Jun 12 2026 21:07:31 | Discover Personal Loans, PO Box 15316, Wilmington, DE 19850-5316 |
| 520225295 | + | EDI: DISCOVERPL | Jun 13 2026 00:55:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520209442 | | EDI: IRS.COM | Jun 13 2026 00:55:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 520209443 | + | EDI: JPMORGANCHASE | Jun 13 2026 00:55:00 | JPMCB, PO Box 15369, Wilmington, DE |

District/off: 0312-1                                    User: admin                                    Page 2 of 3

Date Rcvd: Jun 12, 2026                                Form ID: 148                                Total Noticed: 30

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19850-5369 |
| 520267114 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 12 2026 21:11:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520209444 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 12 2026 21:11:15 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520289612 | + | EDI: AISMIDFIRST | Jun 13 2026 00:55:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520209445 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 12 2026 21:13:00 | Midland Credit Management, 320 East Big Beaver, Ste 300, Troy, MI 48083-1271 |
| 520209446 | + | EDI: AISMIDFIRST | Jun 13 2026 00:55:00 | Midland Mortgage Company, Po Box 268959, Oklahoma City, OK 73126-8959 |
| 520209447 | ^ | MEBN | Jun 12 2026 21:04:51 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 520209448 | | EDI: PRA.COM | Jun 13 2026 00:55:00 | Portfolio Recovery, 140 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 520285768 | | EDI: PRA.COM | Jun 13 2026 00:55:00 | Portfolio Recovery Associates, LLC, c/o Citgo, POB 41067, Norfolk VA 23541 |
| 520284828 | | EDI: Q3G.COM | Jun 13 2026 00:55:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520209449 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 12 2026 21:12:00 | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 520270420 | + | EDI: AIS.COM | Jun 13 2026 00:55:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520250876 | | EDI: WFCCSBK | Jun 13 2026 00:55:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520209440 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520209441 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Richard Abel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| Seymour Wasserstrum | on behalf of Debtor Aaron D. Harden  Jr. mylawyer7@aol.com, ecf@seymourlaw.net;seymourwasserstrumparalegal@ecf.courtdrive.com;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6